UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL C HAVILL, ) | |
| ) | CASE NO. C09-3031 PAZ |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| MICHAEL J ASTRUE. ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

The Commissioner's decision is reversed, and this matter is remanded for calculation and payment of benefits for the period between Havill's application and the date he was found to be disabled on subsequent applications; i.e., January 31, 2001, through August 25, 2005.

.

DATED: March 3, 2010

Robert L. Phelps
Clerk of Court



S/src
By: Deputy Clerk